**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:16-CR-00066 |
| v. | (JUDGE CAPUTO) |
| BRANDON SHIELDS | |
| Defendant. | |

## ORDER

**NOW**, this  5th  day of February, 2020, upon review of Defendant Brandon Shields' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Doc. 47) ("Motion"), **IT IS HEREBY ORDERED** that:

(1)     Defendant's Motion is **DENIED**.

(2)     A Certificate of Appealability **SHALL NOT** issue.

(3)     The Clerk of Court is directed to mark this action **CLOSED**.


/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge